NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LOUIS CLAY,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF
VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7118

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1678, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Louis Clay moves for this court to accept his corrected informal brief out of time which the court also construes as a request to accept his brief tendered on September 2, 2014 ("original brief") for filing as a supplement to his corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    CLAY v. MCDONALD

    (1) The motion is granted.  Clay's original and corrected briefs (Docket Entry Nos. 5 and 7) are accepted for filing.

    (2) The Secretary of Veterans Affairs shall calculate the due date for his brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30